# Third District Court of Appeal

**State of Florida**

Opinion filed October 3, 2018.

_____

No. 3D18-768
Lower Tribunal No. 04-29879
_____

**Luis La-Casse,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jorge E. Cueto, Judge.

Luis La-Casse, in proper person.

Pamela Jo Bondi, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellee.

Before ROTHENBERG, C.J., and FERNANDEZ and SCALES, JJ.

*ON CONFESSION OF ERROR*

PER CURIAM.

In <u>La-Casse v. State</u>, 223 So. 3d 1129, 1129 (Fla. 3d DCA 2017), this Court reversed the trial court's order precluding Luis La-Casse from filing any further *pro se* post-conviction pleadings in lower court case number F04-29879, and remanded for entry of a Show Cause Order "to provide La-Casse the opportunity to demonstrate why an order precluding *pro se* filings should not be entered." On remand, on October 12, 2017, the trial court entered a Show Cause Order.

In November 2017, La-Casse filed a timely response to the Show Cause Order. La-Casse later filed an amended response. For reasons that are unclear in the record, the trial court entered two separate orders "mooting" both La-Casse's response and amended response to the Show Cause Order. Indeed, the trial court docket does not reflect that the trial court, on remand, ever issued an order determining whether La-Casse should be precluded from further *pro se* filings in lower court case number F04-29879.

Based on the record before us and the State's proper and commendable confession of error that the trial court incorrectly mooted La-Casse's responses to the Show Cause Order, we reverse and remand for further proceedings. On remand, the trial court should consider La-Casse's amended response to the trial court's October 12, 2017 Show Cause Order, and adjudicate whether La-Casse should be precluded from further *pro se* filings in lower case number F04-29879. This Court expresses no opinion on that issue.

Reversed and remanded.